UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DUFRENNE, et al, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV1524 HEA |
| | ) | |
| CITI MORTGAGE, INC., et al, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on plaintiffs' motions to proceed in forma pauperis. Upon review of the financial affidavit, the Court has determined that plaintiffs are unable to pay the filing fee. See 28 U.S.C. § 1915. Consequently, the Court will grant their motions.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motions to proceed in forma pauperis [#2 and #3] are **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the complaint.

Dated this 15th day of October, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE