UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL I. DUFRENNE, )
CAROL DUFRENNE, and JOHN DOE, )
)
    Plaintiffs, )
)
v. ) No. 4:09CV1524 HEA
)
CITIMORTGAGE, INC., et al., )
)
    Defendants. )

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiffs' complaint is **DISMISSED.**

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 17th day of December, 2009.

          HENRY EDWARD AUTREY
          UNITED STATES DISTRICT JUDGE